IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | } | | |
|---|---|---|---|
| | } | | |
| v. | } | No. | 4:17-197-O (07) |
| | } | | |
| JEREMY LEE CRABTREE (07) | } | | |

**WITNESS LIST – DEFENDANT**

The Defendant, JEREMY LEE CRABTREE, through his attorney, Mark R. Danielson, submits the following list of witnesses for trial in the above matter:

| NO. | WITNESS | SWORN | TESTIFIED |
|---|---|---|---|
| 1. | Chris Hagerman<br>    Fact witness | _____ | _____ |
| 2. | Tim Oglesby<br>    Fact witness | _____ | _____ |
| 3. | Travis Allen<br>    Fact witness | _____ | _____ |
| 4. | Duane Stone<br>    Fact Witness | _____ | _____ |
| 5. | Terra West<br>    Fact Witness | _____ | _____ |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing instrument was sent to the Assistant U.S. Attorney via CM/ECF or email.

Respectfully submitted,

/s/ Mark R. Danielson
Mark R. Danielson, Attorney for Defendant
Texas Bar ID 240313659
990 Hwy 287 N, Ste 106-171
Mansfield, TX  76063
ofc (817) 845-3790